UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DEAVON TUCKER, : | |
| Plaintiff, : | |
| : | Civil No. 3:20-cv-1810 (AWT) |
| v. : | |
| : | |
| GORDELIS, et al., : | |
| Defendants. : | |
| : | |

<u>ORDER</u>

On March 5, 2021, the court granted the plaintiff's motion for extension of time to tender the filing fee and ordered this case reopened. ECF No. 11. On March 4, 2021, unbeknownst to the court at the time the order entered, the plaintiff filed a notice of appeal of the order dismissing the case. ECF No. 14.

As a general matter, "[t]he filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal." <u>Negron v. United States</u>, 394 F. App'x 788, 792 (2d Cir. 2010) (quoting <u>Griggs v. Provident Consumer Disc. Co.</u>, 459 U.S. 56, 58 (1982)) (internal quotation marks omitted).

The plaintiff has now tendered the filing fee. However, until such time as the appeal is concluded or withdrawn, this

court lacks jurisdiction to review the complaint to determine whether service should be made on any defendant.

    If the plaintiff wishes the court to review his allegations now, he must file a notice at the Court of Appeals withdrawing his appeal and a notice informing this court when the appeal has been withdrawn.

    It is so ordered.

    Signed this 31st day of March 2021 at Hartford, Connecticut.

/s/AWT

Alvin W. Thompson
United States District Judge