```
                    UNITED STATES DISTRICT COURT

                      DISTRICT OF CONNECTICUT


DEAVON TUCKER,                        :
    Plaintiff,                        :
                                      :
    v.                                : Case No. 3:20-cv-1810(AWT)
                                      :
GORDELIS, et al.,                     :
    Defendants.                       :
```

**ORDER OF DISMISSAL**

    The plaintiff, Deavon Tucker, filed this action while he was incarcerated in Connecticut. On June 14, 2021, the plaintiff filed a notice of change of address stating that he had been transferred to Rhode Island. On June 22, 2021, the Clerk mailed documents to the plaintiff at his new address. The documents were returned as undeliverable.

    Although over a month has passed, the plaintiff has not filed a notice of change of address with his current address. Court rules require the plaintiff to keep the court informed of his current address. See D. Conn. L. Civ. R. 83.1(c)(2) ("Any self-represented party must provide an address where service can be made upon such party."). The plaintiff was aware of this requirement. In June 2021, the Clerk send the plaintiff a copy of the court's Guide for Self-Represented Litigants, which includes a section on the importance of keeping the court

informed of the plaintiff's current address.

As the plaintiff has filed to comply with court rules for bringing his case, this case is DISMISSED without prejudice. The plaintiff may file a motion to reopen this case if he can demonstrate good cause for failing to comply with court rules. Any motion to reopen must include a notice of change of address specifying an address at which the plaintiff may be served.

The Clerk is directed to close this case.

It is so ordered.

Signed this 9th day of August 2021 at Hartford, Connecticut.

                                         /s/AWT
                              Alvin W. Thompson
                      United States District Judge